# United States District Court
# For The Western District of North Carolina
# Statesville Division

MAUDIE LAIL MEYERS,

    Appellant,

vs.

BRANCH BANK & TRUST CO.,

    Appellee.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV13

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2010, Order.

    Signed: May 10, 2010

Frank G. Johns, Clerk
United States District Court